# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

PALMER QUARRELS

vs.                                          NO. 3:10CV00018   SWW

WEST MEMPHIS SCHOOL DISTRICT, ET AL

### ORDER

Before the Court is a joint motion for an amended final scheduling order [doc #6] in the above matter previously scheduled for January 3, 2011.  The Court finds that, for good cause shown, the motion should be, and it hereby is, **granted**.

The trial of this matter is rescheduled for trial to a jury during the week beginning *MONDAY, JUNE 27, 2011,* commencing at *1:30 p.m.*, *in JONESBORO*, Arkansas.  Counsel should be present 30 minutes prior to the time of trial.

The Court will extend the deadlines set by its previous order in this matter as follows:  The deadline for the completion of discovery is extended to *February 28, 2011*, and all motions are to be filed no later than *March 7, 2011.* Pretrial disclosure sheets shall be filed by *May 27, 2011.*

All other deadlines remain as previously scheduled and consistent with the new trial date.

IT IS SO ORDERED this 7th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE