IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| PALMER QUARRELS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:10cv00018 SWW |
| | * | |
| | * | |
| | * | |
| WEST MEMPHIS SCHOOL DISTRICT and | * | |
| BILL M. KESSINGER, in his official and | * | |
| individual capacities, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The joint motion [doc.#11] of the parties to extend the discovery deadline to and including April 1, 2011, and to extend the motions deadline to and including April 22, 2011, is hereby granted.

IT IS SO ORDERED this 23rd day of February 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE