IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| PALMER QUARRELS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:10cv00018 SWW |
| | * | |
| | * | |
| | * | |
| WEST MEMPHIS SCHOOL DISTRICT | * | |
| and BILL M. KESSINGER, in his official | * | |
| and individual capacities, | * | |
| | * | |
| Defendants. | * | |

ORDER

The Court was notified on December 29, 2011 that this action had settled. Nothing was ever filed indicating such, however, and the Court inquired of counsel whether a motion or stipulation for dismissal would be forthcoming. Counsel did not respond to the Court's inquiry. Accordingly, the Court hereby dismisses this action without prejudice.

IT IS SO ORDERED this 12th day of March 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE